IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JACKIE HAMBY | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-185 |
| MARK J. RICHARDS, ET AL. | § | |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Jackie Hamby, a prisoner confined at the Hightower Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Physician Assistant Mark J. Richards and Dr. Robert Behrns.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends denying plaintiff's motion for default judgment.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**SIGNED** this the **31** day of **January, 2022.**

_____
Thad Heartfield
United States District Judge

## ORDER

The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (docket entry #45) is **ADOPTED**. Plaintiff's motion for default judgment (docket entry #28) is **DENIED**.